THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:09-cr-00096-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CARLOS CEDILLO-MORALES, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss the Indictment Without Prejudice [Doc. 6].

Upon review of the Government's motion,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 6] is **GRANTED**, and the Bill of Indictment [Doc. 1] in the above-captioned case is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is respectfully directed to provide copies of this Order to the United States Attorney and the United States Marshal.

**IT IS SO ORDERED** Signed: August 14, 2024

_____
Martin Reidinger
Chief United States District Judge